UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC. | * * | CIVIL ACTION NO. |
| Plaintiff, | * * | U.S. DISTRICT JUDGE |
| VERSUS | * * | U.S. MAGISTRATE JUDGE |
| DAEBO SHIPPING CO. LTD. AND SHINHAN CAPITAL CO. LTD. | * * | SECTION: F |
| Defendants. | * | MAG. DIV. 2 |
| * * * * * * * * | | |

### ORDER FOR ISSUANCE OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT

Upon reading the Verified Complaint and Motion for authorizing writ of maritime attachment and garnishment, the Court finds that the conditions set forth in Supplemental Admiralty Rule B appear to exist, the Court hereby

ORDERS the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal to attach and seize in the amount sued for Defendants Daebo Shipping Co. Ltd.'s and Shinhan Capital Co. Ltd.'s goods, chattels, credits and effects, including, but not limited to the *M/V DAEBO TRADER*, and advances or other monies of any kind due and owing to Defendants Daebo Shipping Co. Ltd. and Shinhan Capital Co. Ltd., which may be in the hands of the Master of the *M/V DAEBO TRADER*, as prayed for in Plaintiff's Verified Complaint;

ORDERS that during the period of attachment of the *M/V DAEBO TRADER*, the vessel is permitted to continue cargo operations, both discharging and loading, undertake repairs, and to shift berths and anchorages within this District, and that Plaintiff shall hold harmless and

1

indemnify the U.S. Marshal and all of his deputies from any and all liability arising out of the seizure and movement of the attached vessel;

ORDERS that the *M/V DAEBO TRADER* and the tangible and intangible personal property belonging to Defendant can be released from seizure without the necessity of further orders of this Court, provided that the U.S. Marshal receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he or she has conferred with all attorneys representing parties to the litigation, including attorneys for any Intervenors, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel and other property which was attached pursuant to this Order;

ORDERS that any person claiming an interest in the property attached pursuant to this Order be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment should not be vacated; and

ORDERS that a copy of this Order be attached to and served with the Process of Maritime Attachment.

SIGNED at on this _15th_ day of _February_, 2015.

Martin L. C. Feldman
_____
United States District/~~Magistrate~~ Judge

2