| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Richardson Stevedoring & Logistics, Inc. | COURT CASE NUMBER<br>2:15-cv-490 |
|---|---|
| DEFENDANT<br>Daebo International Shipping Co. Ltd., et al. | TYPE OF PROCESS<br>Vessel Attachment |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V DAEBO TRADER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Mississippi River - Cargill Terminal - Westwego

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Evette Ungar<br>Ungar & Byrne, APLC<br>650 Poydras St., Suite 2005<br>New Orleans, LA 70130 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                               Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>504-566-1616 | DATE<br>2/15/15 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 34 | District to Serve<br>No. 34 | Signature of Authorized USMS Deputy or Clerk<br>Vita Jones | Date<br>2/18/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>✗ BARU. JFOUGEON | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date<br>2/18/15 | Time<br>9:49 | ☒ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy<br>M. Lamz |

| Service Fee<br>$130.00 | Total Mileage Charges including endeavors)<br>$15.23 | Forwarding Fee | Total Charges<br>$145.23 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
MILEAGE- 13.6 MILES X 2 = 27.2 MILES X .56 = $15.23

| DISTRIBUTE TO: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | D34-CV-15-000018 | ___ Fee ___<br>___ Process ___<br>X Dktd<br>___ CtRmDep ___<br>___ Doc. No. ___ |
|---|---|---|---|

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARDSON STEVEDORING & LOGISTICS
SERVICES, INC.

VERSUS

DAEBO INTERNATIONAL SHIPPING CO., LTD.
AND SHINHAN CAPITAL CO. LTD.

WRIT OF FOREIGN ATTACHMENT
(Summons & Process of Attachment)
(and Garnishment)

C.A. NO. 15-490 "F" (2)

THE PRESIDENT OF THE UNITED STATES

To the Marshal of the Eastern District of Louisiana, or to his lawful Deputy,

GREETINGS:

WHEREAS, a verified Complaint has been filed in this Court on the **14th** day of **February, 2015**, numbered and entitled as above, with a claim for damages in the amount of **$ $1,632,285.25**, together with a prayer for attachment and garnishment, and accompanied by an affidavit that the defendant in said suit cannot be found within this District:

NOW THEREFORE, you are hereby commanded to attach the defendant's goods and chattels, or credits and effects in your District, to the amount sued for, and in particular **DAEBO INTERNATIONAL SHIPPING CO., LTD.'s (F/K/A DAEBO SHIPPING CO., LTD.), and SHINHAN CAPITAL CO. LTD.'s goods, chattels, credits, and effects, including, but not limited to, the M/V DAEBO TRADER.**

In the hand of **DAEBO INTERNATIONAL SHIPPING CO., LTD., F/K/A DAEBO SHIPPING CO., LTD., AND SHINHAN CAPITAL CO. LTD.**, garnishee(s). If tangible property is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

If intangible property is attached you shall execute this process by leaving with the named garnishee(s) or other obligor(s) a copy of the complaint and this process; or you may accept for payment into the registry of the court the amount owed to the extent of the amount claimed by the plaintiff, as set forth herein, with interest and costs.

TO THE GARNISHEE(S):  You are hereby summoned and required to serve upon Plaintiff's attorney, **EVETTE E. UNGAR (#29013)** whose address is **3231 N. 1-10 Service Road W., Metairie, LA  70002**, an answer to the complaint together with answers to any interrogatories served with the complaint, within 21 days after service of this process upon you.

WITNESS, the Honorable Judges of this Court at New Orleans, Louisiana, this 15 day of February, 2015.

WILLIAM W. BLEVINS, CLERK

By: _____
Deputy Clerk

Note: Rule B(3)(b) of the SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE provides: "The defendant shall serve his answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee."

ISSUED FOR:  **EVETTE E. UNGAR (#29013), 3231 N. 1-10 Service Road W., Metairie, LA  70002, (504) 566-1616**