**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| American Marine Services, Inc. | 15-496 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DAEBO International Shipping Co., Ltd. & Shinan Capital Co. Ltd. | Writ of Attachment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V DAEBO TRADER (Imo No. 9230153)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Cargill Grain Elevator (Westwego) MM 103.5 Ahead of Passes

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Andrew S. de Klerk
Frilot LLC
1100 Poydras St., Suite 3800, NOLA 70163

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please call Andrew de Klerk with any questions & upon completion of service. Office - 504-599-8010  Cell - 504-442-5927

@ 2/19/15 = mile 70.5 Cedar Grove Belle Chasse

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 599-8010
DATE: 2/18/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk: Joanne Waite | Date 2/19/15 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
PARK FOUNG SON

[seal: M/V DAEBO TRADER ★ CHIEF OFFICER ★]

Date of Service: 2/20/15   Time: 10:24 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $130.00 | $13.66 | | $143.66 | | | |

REMARKS: MILEAGE - 12.2 MILES x 2 = 24.4 x .56 = $13.66     JDLS 15-496-H

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN MARINE SERVICES, INC. | WRIT OF FOREIGN ATTACHMENT (Summons & Process of Attachment) |
| VERSUS | (and Garnishment) |
| DAEBO INTERNATIONAL SHIPPING CO., LTD. and SHINHAN CAPITAL CO., LTD. | C.A. NO. 15-496 H(4) |

THE PRESIDENT OF THE UNITED STATES

To the Marshal of the Eastern District of Louisiana, or to his lawful Deputy,

GREETINGS:

WHEREAS, a verified Complaint has been filed in this Court on the **18th** day of **February 2015,** numbered and entitled as above, with a claim for damages in the amount of $ **$312,809.16,** together with a prayer for attachment and garnishment, and accompanied by an affidavit that the defendant in said suit cannot be found within this District:

NOW THEREFORE, you are hereby commanded to attach the defendant's goods and chattels, or credits and effects in your District, to the amount sued for, and in particular **M/V DAEBO TRADER (IMO No. 9230153)** and her appurtenances located at the Cargill Grain Elevator in Westwego, Louisiana .

In the hand of **It's Masters,** garnishee(s). If tangible property is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

If intangible property is attached you shall execute this process by leaving with the named garnishee(s) or other obligor(s) a copy of the complaint and this process; or you may accept for payment into the registry of the court the amount owed to the extent of the amount claimed by the plaintiff, as set forth herein, with interest and costs.

TO THE GARNISHEE(S): You are hereby summoned and required to serve upon Plaintiff's attorney, **Andrew S. de Klerk** whose address is **3800 Energy Centre 1100 Poydras Street, New Orleans, LA 70163-3700,** an answer to the complaint together with answers to any interrogatories served with the complaint, within 21 days after service of this process upon you.

WITNESS, the Honorable Judges of this Court at New Orleans, Louisiana, this _18 day of February, 2015_.

WILLIAM W. BLEVINS, CLERK

By:_____

Note: Rule B(3)(b) of the SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE provides: "The defendant shall serve his answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee."

ISSUED FOR:  **Andrew S. de Klerk, 3800 Energy Centre
1100 Poydras Street, New Orleans, LA 70163-3700, 504.599.8010**