UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC.<br><br>           Plaintiff<br><br>VERSUS<br><br>DAEBO INTERNATIONAL SHIPPING CO., LTD. and SHINHAN CAPITAL CO., LTD.<br><br>           Defendant | CIVIL ACTION<br><br>NO. 15-0490 "F" (5)<br><br>JUDGE FELDMAN<br><br>MAGISTRATE NORTH |

## ORDER

BE IT REMEMBERED that on the __4th__ day of March, 2015, came on to be heard Plaintiff's *Ex Parte*, Unopposed Motion for Admission *Pro Hac Vice*, and the Court, after having read the pleadings and after having heard the argument of counsel, is of the opinion that said motion should be in all things **GRANTED**.  It is, therefore,

ORDERED, ADJUDGED, AND DECREED that Douglas Gilman is hereby admitted *pro hac vice* as counsel for the Plaintiff.

New Orleans, Louisiana, this __4th__ day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE