UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC.<br><br>                Plaintiff<br><br>VERSUS<br><br>DAEBO INTERNATIONAL SHIPPING CO., LTD. and SHINHAN CAPITAL CO., LTD.<br>                Defendant | CIVIL ACTION<br><br>NO. 15-0490 "F" (5)<br>c/w 15-0494 and 15-0496<br><br>JUDGE FELDMAN<br><br>MAGISTRATE NORTH |

**ORDER FOR COMPULSORY PROCESS**

On March 13, 2015, Plaintiff, Richardson Stevedoring & Logistics Services, Inc. filed a Motion for the Issuance of Compulsory Process in the above captioned suit to require Garnishee, the Master of the *M/V DAEBO TRADER* ("Garnishee") to file its answer under oath as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Court has reviewed and considered the Ex-Parte Motion along with references and authorities cited therein, and determined that good cause has been shown for compulsory process to issue against the Garnishee. **ACCORDINGLY, IT IS HEREBY:**

**ORDERED** that the Clerk shall issue Compulsory Process against Garnishee commanding it to serve its answer under oath served on February 18, 2015 and to do so within ten (10) days from the issuance of the compulsory process, and failing to do so, and on application of Plaintiff, the Garnishee may be ordered to show cause why it should not be held in contempt for not abiding with this order and pay reasonable attorney fees and costs incurred by Plaintiff in the matter.

2

New Orleans, Louisiana, this __16th__ day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE