UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC.<br><br>              Plaintiff<br><br>VERSUS<br><br>DAEBO INTERNATIONAL SHIPPING CO., LTD. and SHINHAN CAPITAL CO., LTD.<br>              Defendant | CIVIL ACTION<br><br>NO. 15-0490 "F" (5)<br>c/w 15-0494 and 15-0496<br><br>JUDGE FELDMAN<br><br>MAGISTRATE NORTH |

## WRIT OF COMPULSORY PROCESS

WHEREAS, Plaintiff, Richardson Stevedoring & Logistics Services, Inc. filed a Motion for the Issuance of Compulsory Process in the above captioned suit to require Garnishee, the Master of the *M/V DAEBO TRADER* to file the said garnishee's answer under oath as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

WHEREAS, the Court reviewed the Ex-Parte Motion and found that the conditions for compulsory process appeared to exist and entered an Order so stating and authorizing the issuance of compulsory process;

NOW THEREFORE, WE HEREBY COMMAND YOU, Master of the *M/V DAEBO TRADER*, in your capacity as garnishee in the above-captioned action, to serve an Answer under oath to Plaintiff's Verified Complaint that was served on February 18, 2015 within ten (10) days from the date of this Writ;

Failure to comply with this Writ may subject you to the lawful consequences of willful

PD.16783800.1

2

failure to obey an Order of this Court.

Witness, the Honorable Martin C. Feldman, Judge of the United States District Court for the Eastern District of Louisiana this 16th day of March 2015.

**United States District Court for the Eastern District of Louisiana**

WILLIAM W. BLEVINS, CLERK

By: *Charles A. Amon*

Deputy Clerk