UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC., ET AL.**<br><br>    Plaintiffs,<br><br>**VERSUS**<br><br>**DAEBO INTERNATIONAL SHIPPING CO. LTD., ET AL.**<br><br>    Defendants<br><br>**THIS PLEADING APPLIES TO ALL CASES** | **CIVIL ACTION NO: 15-490**<br>**C/W 15-494**<br>        **15-496**<br>        **15-758**<br><br>**SECTION "F"**<br>**JUDGE MARTIN L. C. FELDMAN**<br><br>**MAGISTRATE (5)**<br>**JUDGE MAGISTRATE MICHAEL B. NORTH** |

## NOTICE OF RELATED CASE

**NOW INTO COURT**, comes undersigned counsel for Shinhan Capital Co., Ltd. ("Shinhan"), who, making this limited appearance under Rule E(8), with the full reservation of all rights and defenses, to vacate the wrongful attachment of its property, the M/V DAEBO TRADER, files this Notice of Related Case pursuant to LR 3.1 to inform the Court that there is a related case filed in this federal district entitled: "*Lark Shipping S.A. v. Daebo International Shipping Co. Ltd. et al*" bearing civil action number 2:15-cv-814 assigned to Judge Eldon E. Fallon and Magistrate Judge Daniel E. Knowles, III. This case involves subject matter that comprises all or a material part of the subject matter and operative facts which are involved in the captioned action.

The undersigned respectfully brings the Court's attention to the foregoing in the interests of judicial economy and efficiency.

Respectfully submitted:

*/s/ Gavin H. Guillot*
Salvador J. Pusateri, T.A. (#21036)
Gavin H. Guillot (#31760)
Aaron B. Greenbaum (#31752)
**PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Salvador.Pusateri@pbgglaw.com
Gavin.Guillot@pbgglaw.com
Aaron.Greenbaum@pbgglaw.com
Attorneys for Shinhan Capital Co., Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Gavin H. Guillot*