## **DECLARATION OF BOYCE BUTLER**

I, Boyce Butler, submit the following Declaration:

1. I am a competent, natural person of the full age of majority.

2. My statements in this declaration are true and correct to the best of my knowledge, information, and belief, and are based upon my personal knowledge and experience.

3. I have been employed by Thionville, Inc. ("Thionville"), whose principal office is in New Orleans, Louisiana, for more than twenty (20) years. Thionville provides services including, but not limited to: cleanliness inspections of vessel tanks and holds; sampling of commodities during and after loading onboard vessels for ocean shipment; quality inspection of commodities bound for international shipment by vessel; and freight forwarding and storage of commodities.

4. At present, I am employed by Thionville as its Laboratory Director. In that capacity, I have considerable experience analyzing soybean cargoes to ensure that they meet the specifications and requirements for various customers of Thionville. I estimate that, either as Laboratory Director or in my previous capacities as an employee of Thionville, I have analyzed or inspected several thousand cargoes of soybeans.

5. Based on my experience and familiarity with soybean cargoes, it is my view that under normal conditions of temperature, humidity, and ambient air, the useful life of a cargo of soybeans is three to four months.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __18th__ day of March, 2015.

_____
BOYCE BUTLER

2435669-1