#1009-20033 #1113153

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC., ET AL.**<br><br>   Plaintiffs,<br><br>**VERSUS**<br><br>**DAEBO INTERNATIONAL SHIPPING CO. LTD., ET AL.**<br><br>   Defendants<br><br>**THIS PLEADING APPLIES TO ALL CASES** | **CIVIL ACTION**<br>**NO: 15-490**<br>**C/W 15-494**<br>       **15-496**<br>       **15-758**<br><br>**SECTION "F"**<br>**JUDGE MARTIN L. C. FELDMAN**<br><br>**MAGISTRATE (5)**<br>**JUDGE MAGISTRATE MICHAEL B. NORTH** |

## ORDER

Upon consideration of the foregoing Motion for Leave to File Reply Memorandum to plaintiffs' Opposition to Shinhan Capital Co., Ltd.'s Motion for Expedited Hearing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Shinhan Capital Co., Ltd. is granted leave of Court to file its Reply Memorandum.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
**UNITED STATES DISTRICT COURT JUDGE**