## STATEMENT UNDER PENALTY OF PERJURY BY JEREMY E. SEYFERT

NOW COMES, Jeremy E. Seyfert and gives the following statement in this action, under the penalty of perjury under the laws of the United States of America:

1. My name is Jeremy E. Seyfert, I am of sound mind, capable of making this Affidavit and am personally acquainted with the facts stated herein:

2. I am the Plant Manager for the Westwego, Louisiana export elevator owned and operated by Cargill, Incorporated ("Cargill"). Between February 14 and 18, 2015, a cargo consisting of 57,083.069 metric tons of No. 2 or better yellow soybeans in bulk was loaded on board the M/V DAEBO TRADER at the Cargill Westwego Dock in Westwego, Louisiana. Cargill sold the goods loaded on this vessel to its affiliate, Cargill International SA ("CISA") on FOB delivery terms. CISA sold this cargo on to its customer on CFR China delivery terms. The CFR China cargo value is US$25,955,671.47.

3. Prior to its seizure, the DAEBO TRADER was expected to depart New Orleans bound for Tianjin, China on or about February 18, 2015. According to the vessel Master's estimate, the voyage was expected to take 40 days. I have reviewed the quality and grade certificates issued by the USDA for the soybeans loaded on this vessel. Soybean cargoes can and do deteriorate over time, especially when held in large, bulk quantities that are not disturbed. Among other things, soybeans held in bulk can heat, grow moldy or musty. While each cargo is different, based on my review of the USDA certificates, which show average moisture of 12.3%, as well as my experience and the experience of others in Cargill storing and loading similar cargoes, I believe that the soybeans on the M/V DAEBO TRADER should be able to remain in the holds of the vessel for

Exhibit 1

about 60 days from the completion of loading date before they are at risk of material deterioration.

I, Jeremy E. Seyfert, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the information set forth above is, to the best of my knowledge, information and belief, complete and correct.

_____
Jeremy E. Seyfert
March 18, 2015