UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC., ET AL.**<br><br>  Plaintiffs,<br><br>VERSUS<br><br>**DAEBO INTERNATIONAL SHIPPING CO. LTD., ET AL.**<br><br>  Defendants<br><br>**THIS PLEADING APPLIES TO ALL CASES** | CIVIL ACTION<br>NO: 15-490<br>C/W 15-494<br>     15-496<br>     15-758<br><br>SECTION "F"<br>JUDGE MARTIN L. C. FELDMAN<br><br>MAGISTRATE (5)<br>JUDGE MAGISTRATE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Ex Parte Motion for Expedited Hearing;

**IT IS HEREBY ORDERED** that Shinhan Capital Co., Ltd.'s ("Shinhan") Ex Parte Motion for Expedited Hearing is **GRANTED**;

**IT IS FURTHER ORDERED** that the submission date for Shinhan's Motion to Vacate Maritime Attachment is now March ____, 2015 at _____ a.m./p.m. and any parties wishing to file Opposition Memoranda to said Motion shall do so on or before March ____, 2015 at a.m./p.m.

New Orleans, Louisiana, this _____ day of March, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

```
DENIED for the reasons stated in the
plaintiffs' opposition papers.
```

3.23.15