#1009-20033                                                                                                                    #1113153

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC., ET AL.**  Plaintiffs,  VERSUS  **DAEBO INTERNATIONAL SHIPPING CO. LTD., ET AL.**  Defendants  **THIS PLEADING APPLIES TO ALL CASES** | CIVIL ACTION NO: 15-490 C/W 15-494          15-496          15-758  SECTION "F" JUDGE MARTIN L. C. FELDMAN  MAGISTRATE (5) JUDGE MAGISTRATE MICHAEL B. NORTH |

## ORDER

Upon consideration of the foregoing Motion for Leave to File Reply Memorandum to plaintiffs' Opposition to Shinhan Capital Co., Ltd.'s Motion for Expedited Hearing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Shinhan Capital Co., Ltd. is granted leave of Court to file its Reply Memorandum.

New Orleans, Louisiana, this ____ day of _____, 2015.

DENIED as moot.

_____
**UNITED STATES DISTRICT COURT JUDGE**



3/24/15