UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARDSON STEVEDORING & LOGISTICS SERVICES, INC., ET AL. | * * | CIVIL ACTION NO. 15-490 C/W 15-494, 15-496, 15-758, 15-814 |
| Plaintiffs, | * | |
| | * | |
| VERSUS | | SECTION: "F" |
| | * | JUDGE MARTIN FELDMAN |
| DAEBO INTERNATIONAL SHIPPING CO. LTD., ET AL. | * | MAGISTRATE DIV.: "5" JUDGE MICHAEL B. NORTH |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

### RESPONSE TO WRIT OF COMPULSORY PROCESS AND NOTICE OF BANKRUPTCY STAY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Daebo International Shipping Co. Ltd. ("Daebo"), with a full reservation of its Rule E(8) limited appearance as lessee of the vessel M/V DAEBO TRADER ("the Vessel"), to make this appearance on behalf of Bark Jeong Eon (hereinafter referred to as the "Garnishee"), the Master of the Vessel, who, in his capacity as the designated Garnishee of the Vessel in the above-captioned action, files this response to the *Writ of Compulsory Process* issued by the Clerk of Court for the United States District Court for the Eastern District of Louisiana on March 16th 2015 (Doc. No. 35) as follows:

Garnishee makes this limited appearance solely as the Garnishee of the Vessel presently under attachment in the captioned causes of action. Garnishee is employed by Daebo as the

Master of the DAEBO TRADER. Garnishee has been served process in this matter solely in his role as Master of the Vessel on behalf of Daebo.

On February 11, 2015, Daebo applied for rehabilitation under the Republic of Korea's Debtor Rehabilitation and Bankruptcy Act (as amended, the "DRBA") by filing the Application (case number 2015 HoeHap 10036 Rehabilitation) under the DRBA pending before the 21st Bankruptcy Division of the Seoul Central District Court. Thereafter, the Korean Bankruptcy Court received the Application and, on February 13, 2015, entered an *Order* preventing the Company from, *inter alia*, disposing of any assets and repaying any debts ("Preservation Order"). Also on February 13, 2015, the Korean Bankruptcy Court entered an *Order* preventing any creditor from taking any enforcement, attachment or other action against the Company's assets ("Comprehensive Stay Order").

The Comprehensive Stay Order and Preservation Order were effective pending the Korean Bankruptcy Court's entry of the *Order* commencing the rehabilitation proceeding with respect to the Company ("Commencement Order"), which was issued on March 6, 2015. Also on March 6, 2015, the Korean Bankruptcy Court entered an *Order* concerning the Custodian's authority to act during the Korean Bankruptcy Proceeding ("Custodian Authority Order") and has specifically authorized commencement of an ancillary case under chapter 15 of the Bankruptcy Code and filing a petition for recognition of the foreign proceeding. 11 U.S.C. § 1504.

Subsequent to the issuance of this *Writ*, the United States Bankruptcy Court for the Southern District of New York issued an *Order Granting Provisional Relief for Recognition as a Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 105(a) and 1519* ("Bankruptcy Stay

Orderö).[1]  Under the circumstances, Garnishee respectfully submits that it is subject to the active Bankruptcy Stay Order and any and all of the protective measures outlined therein, including but not limited to the stay of all causes of action and claims against Daebo, specifically including the proceedings in this matter.

Dated:  March 26, 2015, New Orleans, Louisiana.

Respectfully submitted,

**BALDWIN HASPEL BURKE & MAYER LLC**

    s/ Paul N. Vance
PAUL N. VANCE (#13007)
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
Email: pvance@bhbmlaw.com
*Attorney-in-charge for Defendant,*
*Daebo International Shipping Co., Ltd.,*
*as Lessee of the M/V DAEBO TRADER*

Of counsel:

John D. Kimball
Michael B. Schaedle
**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Email: jkimball@blankrome.com
Email: Schaedle@blankrome.com

---

[1]  Rec. Doc. 21, No. 15-10610(MEW).

Douglas J. Shoemaker
**BLANK ROME LLP**
700 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605
Email: dshoemaker@blankrome.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was served pursuant to Federal Rule of Civil Procedure 5 on all counsel of record via the ECF system, facsimile and/or U.S. Mail, on this 26th day of March, 2015.

   s/ Paul N. Vance