1009-20033                                                                                                              #1120748

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARDSON STEVEDORING** | * | **CIVIL ACTION** |
| **& LOGISTICS SERVICES, INC., ET AL.** | | **NO.   15-490** |
| | * | **C/W   15-494,** |
| **Plaintiffs,** | | **15-496,** |
| | * | **15-758, and** |
| | | **15-814** |
| | * | |
| **VERSUS** | | **SECTION: "F"** |
| | * | **JUDGE MARTIN FELDMAN** |
| **DAEBO INTERNATIONAL** | | |
| **SHIPPING CO. LTD., ET AL.** | * | **MAGISTRATE DIV.: "5"** |
| | | **JUDGE MICHAEL B. NORTH** |
| **Defendants,** | * | |
| | | **This Pleadings Applies to all Cases** |
| *    *    *    *    *    *    *    * | | |

### DEFENDANT SHINHAN CAPITAL CO. LTD.'S
### UNOPPOSED MOTION FOR LEAVE TO FILE SPECIAL VESSEL RELEASE BOND

**NOW INTO COURT**, through undersigned counsel, comes Shinhan Capital Co., Ltd. ("Shinhan"), who, preserving all rights and defenses in connection with its limited Rule E(8) appearance, moves this Honorable Court for leave to file the Special Vessel Release Bond attached hereto.  Shinhan submits that the bond is in accordance with the stipulation of the parties and the Order Granting Provisional Relief and Approving Agreement with Certain Creditors issued in *In re Daebo Shipping Co. Ltd.*, C.A. 15-10616 (MEW) United States Bankruptcy Court SDNY, Doc. No. 38.  Shinhan further submits that upon posting this bond the

M/V DAEBO TRADER should be released from seizure. All counsel have been notified, and there is no opposition to the filing of this Motion.

WHEREFORE, Shinhan respectfully prays that its unopposed motion for leave be granted, and that the attached Special Vessel Release Bond be deemed filed.

> Respectfully submitted,
>
> */s/ Salvador J. Pusateri*
> Salvador J. Pusateri, T.A. (#21036)
> Gavin H. Guillot (#31760)
> Aaron B. Greenbaum (#31752)
> **PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC**
> 1100 Poydras Street, Suite 2250
> New Orleans, LA 70163
> Telephone: 504-620-2500
> Facsimile: 504-620-2510
> Salvador.Pusateri@pbgglaw.com
> Gavin.Guillot@pbgglaw.com
> Aaron.Greenbaum@pbgglaw.com
> Attorneys for Shinhan Capital Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify, this 1st day of May, 2015, that I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

> _____*/s/ Salvador J. Pusateri*_